UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| SHAWNTAVIA LATRICE SPEARS, ) | 1:17-cv-515-WTL-DML |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MED-1 SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF EXTENSION OF TIME

COMES NOW the Defendant, Med-1 Solutions, LLC, by counsel, and files its Notice of Extension of Time, pursuant to S.D. Ind. L.R. 6-1(b), and in support states:

1. Plaintiff filed a Complaint on February 21, 2017.

2. Service occurred February 27, 2017, with a response required by March 20, 2017.

3. Defendant requires additional time to investigate the allegations contained within Plaintiff's Complaint, to formulate an appropriate response, and file said responsive pleading.

4. Defendant requests an additional 28 days to file its answer, up to and including April 17.

5. The deadline has not been previously extended.

6. The requested extension does not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

7. Plaintiff's counsel has no objection to this extension of time.

Dated: March 1, 2017                    Respectfully Submitted,

s/ *Tara L. Gerber*_____
Tara L. Gerber, IN Atty #31717-49
Attorney for Defendant
Med-1 Solutions, LLC
517 US Highway 31 N.
Greenwood, IN  46142

Office: 317-883-5600
Fax: 888-323-0803
Direct: 317-883-5668
Tara.Gerber@med1solutions.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties.

/s/ *Tara L. Gerber*
Tara L. Gerber, IN Atty #31717-49
Attorney for Defendant
Med-1 Solutions, LLC