UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| SHAWNTAVIA LATRICE SPEARS, | ) | 1:17-cv-515-WTL-DML |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MED-1 SOLUTIONS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## STATEMENT OF CORPORATE OWNERSHIP

Comes now Med-1 Solutions, LLC, by counsel, pursuant to Local Rule 7.2, and states that no corporation directly or indirectly owns 10% or more of any class of its equity interests.

Dated: April 17, 2017                Respectfully Submitted,

                                    s/ *Tara L. Gerber*_____
                                    Tara L. Gerber, IN Atty #31717-49
                                    Attorney for Defendant
                                    Med-1 Solutions, LLC
                                    517 US Highway 31 N.
                                    Greenwood, IN  46142
                                    Office: 317-883-5600
                                    Fax: 888-323-0803
                                    Direct: 317-883-5668
                                    Tara.Gerber@med1solutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties.

                                    /s/ *Tara L. Gerber*_____
                                    Tara L. Gerber, IN Atty #31717-49
                                    Attorney for Defendant
                                    Med-1 Solutions, LLC