UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAWNTAVIA LATRICE SPEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00515-WTL-DML |
| ) | |
| MED-1 SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ENTRY FOR MAY 24, 2017
## HONORABLE WILLIAM T. LAWRENCE

The Court now sets the **Jury Trial** on **December 10, 2018 at 9:00 a.m.** in Courtroom 202, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The Court allots three days to try this case.

The **Final Pre-Trial Conference** shall be conducted on **November 9, 2018 at 10:00 a.m.** in Room 202. Prior to the conference, Counsel are urged to review the Case Management Plan (dkt. 16, paragraph VIII) for all pretrial deadlines. Counsel shall be prepared to fully discuss the status of the action, including all matters requiring completion preparatory to trial. Counsel having primary trial responsibility shall attend the final pretrial in person.

Copy to:

All ECF-registered counsel via email