**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAWNTAVIA LATRICE SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:17-cv-515-WTL-DML |
| | ) | |
| MED-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF DEFENSES FOR TRIAL**

Now comes Defendant Med-1 Solutions, LLC, by counsel, and files its Statement of Defenses for Trial pursuant to Section II D. of the Case Management Plan (Dkt. 16), and submits the following statement of the defenses it intends to prove at trial, and the legal theories upon which said defenses are based.

Defendant in its Answer (Dkt. 11) listed one affirmative defenses for which it bears the burden of proof and intends to prove:

To the extent, if any, that Defendant is to have violated the Fair Debt Collection Practices Act, the Defendant intends to raise the affirmative defense of Bona Fide Error pursuant to 15 U.S.C. § 1692k.  Defendant through testimony and/or affidavits intends to show that any violation of the F.D.C.P.A. was non intentional.  Additionally, Defendant intends to provide through testimony, affidavits, and documents that it maintained procedures that were reasonably adapted to avoid the error that led to the alleged F.D.C.P.A. violation.

Date: December 18, 2017

1

Respectfully Submitted,

/s/ *Nicholas Moline*
Nicholas Moline, IN ATTY # 29711-49
Attorney for Defendant
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN 46142
(317) 883-5600
Nicholas.Moline@med1solutions.com

/s/ *Richard R. Huston*
Richard R. Huston, IN Atty # 16754-49
Attorney for Defendant
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN 46142
(317) 883-5600
Rich@med1solutions.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.

/s/ *Nicholas Moline*

Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant