UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAWNTAVIA LATRICE SPEARS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:17-cv-00515-WTL-DML |
| MED-1 SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## Entry from Settlement Conference

The plaintiff, in person and by counsel, and the defendant, by its authorized representative and by counsel, appeared for a settlement conference on January 23, 2018, with the magistrate judge. The conference was held and concluded without settlement.

Date: 1/25/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system